**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  04-cr-00222-LTB

UNITED STATES OF AMERICA,
        Plaintiff,

v.

1.     ANTHONY CISNEROS, a/k/a Mark Cisneros, a/k/a Mark Anthony Cisneros, a/k/a Marc Anthony Cisneros,
        Defendant.

---

**ORDER TO SEAL DOCUMENTS #90, 91 AND ATTACHMENTS**

---

The Court has for consideration the government's Motion to Seal Documents #90, 91 and Attachments, wherein the government asks this Court to seal Document #90, the motion and order attached thereto, and any order resulting from Document #91. Upon consideration, it is

ORDERED that Document #90, the motion and order attached thereto, and any order issued by this Court with regard to Document #91, are hereby sealed until further order of this Court.

IT IS SO ORDERED on this   16th   day of   December  , 2005.

                                                s/Lewis T. Babcock
                                                LEWIS T. BABCOCK, CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT
                                                DISTRICT OF COLORADO